IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DONALD RAY LONG,                        §
          Plaintiff,                  §
                         §
v.                                      §     No. 3:25-cv-02297-B-BW
                         §
DALLAS HOUSING AUTHORITY,               §
ET AL.,                                 §
          Defendants.                 §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's Complaint, (ECF. No. 3), will be **DISMISSED** by a separate judgment.

**SO ORDERED** this 30th day of June, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE